IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOAN GROTH and ALAN GROTH,**<br>Plaintiff,<br><br>v.<br><br>**STATE FARM FIRE & CASUALTY COMPANY and JOHN DOES 1-10,**<br>Defendants. | **CIVIL ACTION**<br><br><br><br><br>**NO. 14-7033** |

# O R D E R

**AND NOW**, this 17th day of April, 2015, upon consideration of Defendants' Motion to Dismiss for Failure to state a Claim (ECF No. 16) and of the briefing in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED**. Counts I, III and IV are **DISMISSED WITH PREJUDICE**.

BY THE COURT:

/S/WENDY BEETLESTONE, J.

_____

**WENDY BEETLESTONE, J.**